■ JOSEPH COLVIN, Individually and as Parent and Natural Guardian of KATHLEEN M. COLVIN, an Infant, Respondent, v RUSSELL R. BAUER et al., Defendants, and TOWN OF CHEEKTOWAGA, Appellant. (Appeal No. 1.) [629 NYS2d 688] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Judgment and Order of Supreme Court, Erie County,

Howe, J.—Summary Judgment.) Present— Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.